1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10
11   UNITED STATES OF AMERICA,          CASE NO.:  22CR1538-DMS
12                  Plaintiff,           Hon. Dana M. Sabraw
13          v.
                                         ORDER TO CONTINUE MOTION
14   RHONDA LEHN,                        HEARING
15                  Defendant.
16
17       Pursuant to joint motion and good cause appearing, IT IS HEREBY
18   ORDERED that the Motion Hearing currently set for November 10, 2022, be
19   continue to **January 13, 2023, at 11:00 a.m.**  The Court finds that the time is
20   excludable under 18 U.S.C. §§ 3161(h)(7)(A) and (h)(1)(D).
21
22       IT IS SO ORDERED.
23   DATED 11/07/22                  By:_____
24                                        HON. DANA M. SABRAW
                                          Chief District Judge
25
26
27
28

**22CR1538-DMS**